IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                         CRIMINAL NO. 2:13-cr-21-KS-MTP-001

KENTORRE D. HALL

## ORDER

THIS CAUSE IS BEFORE THE COURT on Motion to Amend §2255 [283] under Rule of Civil Procedure 15(c)(1)(B) filed by Kentorre D. Hall. The Movant/Petitioner is requesting the Court to amend his original Petition [283]. The Court notes that the original Petition [283] was denied by this Court and the Appeal of this Court's Order was affirmed by the Circuit Court with Order and Mandate entered in case number 18-60280 in the United States Court of Appeals for the Fifth Circuit. There is no Motion or Petition pending. A Motion to Amend a non-existent pleading is frivolous.

For the reasons above stated the Motion [303] filed by Kentorre D. Hall is DENIED.

SO ORDERED this the ___18th____ day of February, 2019.

                                                   ___s/Keith Starrett_____
                                                   UNITED STATES DISTRICT JUDGE